

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5298                                September Term, 2004

05cv01169

Filed On:

In re: Michael Idrogo,
    Petitioner

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 1 9 2005

CLERK

### ORDER

    Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. This notice of appeal is from an order of the district court transferring petitioner's civil action to another district court. The only proper means of contesting such a transfer is by the filing, in this court, of a petition for writ of mandamus. See D.C. Circuit Handbook of Practice and Internal Procedure 18 (2000). Accordingly, it is

    **ORDERED** that petitioner's notice of appeal be filed herein as a petition for writ of mandamus. It is

    **FURTHER ORDERED** that petitioner submit a memorandum of law and fact in support of the petition, not exceeding twenty (20) pages, by September 19, 2005. Petitioner's failure to submit the memorandum will result in dismissal of the petition. See D.C. Cir. Rule 38.

    The Clerk is directed to transmit a copy of this order to the district court, as a request to delay transfer of its case until disposition of the petition by this court, and to send a copy of this order to petitioner by certified mail, return receipt requested and by first class mail.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
    Elizabeth V. Scott
    Deputy Clerk