# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5298            September Term, 2005

05cv01169

Filed On:

In re: Michael Idrogo,
       Petitioner



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED OCT 17 2005

CLERK

### ORDER

By order filed August 19, 2005, directing petitioner to submit a memorandum of law and fact in support of the petition, by September 19, 2005. The certified mail was returned to the court marked "Unclaimed". Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

No mandate shall issue.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk